STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

| | |
|---|---|
| Derrick G. Earles | David Charles Laborde |
| Laborde Law Firm | The LaBorde Law Firm |
| 203 Energy Pkwy | P. O. Box 80098 |
| Lafayette LA 70508 | Lafayette LA 70598-0098 |

**REHEARING ACTION: April 8, 2014**

**Docket Number: 14   00368-CW**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, ET AL.
VERSUS
NANCY MCCABE, ET AL.
***consolidated with***
NICOLE BORDELON AND KENNY
BORDELON
VERSUS
JOHN MCCABE, ET AL.**

**Writ Application from Rapides Parish Case No. 246,039 c/w 246,564**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks
> Hon. John D. Saunders
> Hon. Jimmie C. Peters
> Hon. Billy Howard Ezell
> Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Nicole and Kenny Bordelon** is

> **MOTION FOR RECONSIDERATION DENIED.**

> COOKS, J., concurs. The mover uses an improper procedural vehicle. Mover seeks to reopen this court's decision based on events subsequent to this court's ruling. This requires a filing of a new writ application. The mover should seek a ruling from the trial court on the new matter and then file a new writ application if the mover so chooses.

> SAUNDERS, J., dissents and would grant a rehearing.

cc: James Everet Brouillette, Counsel for the Respondent
 Misty Shannon Antoon, Counsel for the Respondent
 Mickey Stephens deLaup, Counsel for the Applicant
 Thomas Paul Anzelmo, Jr., Counsel for the Applicant
 Valerie E. Fontenot, Counsel for the Applicant
 Terry George Aubin, Counsel for the Respondent
 Daniel G. Brenner, Counsel for the Respondent